**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT RAMON POLLARD,<br><br>Defendant. | 2:08-CR-332 JCM (GWF) |

**ORDER**

Presently before the court is the matter of *USA v. Pollard et al.*, case number 2:08-cr-00332-JCM-GWF-6.

On November 20, 2012, the Ninth Circuit vacated and remanded the sentence imposed by the court in this matter as to defendant Anjali Yasmin Aurora. (Doc. # 455). The Ninth Circuit ordered that this court enter an in personam criminal money forfeiture money judgment against defendant Anjali Yasmin Aurora, in light of *United States v. Newman*, 659 F.3d 1235 (9th Cir. 2011), *cert. denied*, 132 S. Ct. 1817 (2012). (*Id.*). On December 19, 2012, this court issued an order on mandate. (Doc. # 463).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government prepare and submit an appropriate judgment.

DATED December 21, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**