**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:08-CR-332-JCM-(GWF) |
| | ) | |
| ANJALI YASMIN AURORA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF FORFEITURE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANJALI YASMIN AURORA a criminal forfeiture money judgment in the amount of $4,128,554.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Sections 982(a)(2)(A) and 982(a)(2)(B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Second Superseding Indictment, ECF No. 55; Plea Memorandum, ECF No. ___.

DATED January 28, 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Michelle C. Lewis, certify that the following individuals were served with copies of the Order of Forfeiture on December 21, 2012, by the below identified method of service:

<u>E-Mail/ECF</u>

Paul Riddle
Jason Carr
Monique Kirtley
Brenda Weksler
Federal Public Defender
411 E. Bonneville, Suite 250
Las Vegas, NV 89101
ECF_Vegas@FD.ORG
*Counsel for Dwight Ramon Pollard*

David T. Brown
Brown, Brown, & Premsrirut
520 S. Fourth Street, Second Floor
Las Vegas, NV 89101
master@brownlaw.com
*Counsel for Jeffrey Curtis Bigsby*

Osvaldo E. Fumo
Osvaldo E. Fumo, Chtd
1212 Casino Center Boulevard
Las Vegas, NV 89104
ozzie@fumolaw.com
*Counsel for Gainu Adisa Kosoko*

Mario D. Valencia
Law Office of Mario D. Valencia
1055 Whitney Ranch Drive, Suite 220
Henderson, NV 89014
mario_valencia@cox.net
*Counsel for Wayne Lamarr Ganaway*

Amy Chelini
Law Office of Amy Chelini
630 S. Seventh Street
Las Vegas, NV 89101
chelinilaw@hotmail.com
*Counsel for Gainu Adisa Kosoko*

Bret O. Whipple
Law Office of Bret Whipple
1100 S. Tenth Street
Las Vegas, NV 89104
whipplefed@yahoo.com
*Counsel for Anjali Yasmin Aurora*

Beau Sterling
Sterling Law LLC
228 S. 4th Street First Floor
Las Vegas, NV 89101
bsterling@sterlinglaw.com
*Counsel for Gainu Adisa Kosoko*

Todd M. Leventhal
Leventhal and Associates
600 South Third Street
Las Vegas, NV 89101
todlev@yahoo.com
*Counsel for Anjali Yasmin Aurora*

/s/Michelle C. Lewis
MICHELLE C. LEWIS
Forfeiture Support Paralegal Specialist